# Dorsett Johnson & Cisneros

## Attorneys and Counselors at Law

**Kasey Rachel**
*Partner/Managing Attorney*

FILED IN
krachel@dorsettjohnson.com 15th COURT OF APPEALS
421 W. 3rd Street, Suite 700, Fort Worth, Texas 76102 AUSTIN, TEXAS
Office:(817)900-8202 • Fax:(817)882-8526
7/3/2025 4:09:48 PM
CHRISTOPHER A. PRINE
Clerk

May 22, 2025

*Via Email*
Brent M. Coffee
Assistant Attorney General
Office of the Texas Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78701
Brent.Coffee@oag.texas.gov

      Re:    Cause No. D-1-GN-24-004334; Texas Department of Transportation, Plaintiff, v. U.S. Sand & Gravel LLC, Raitz Enterprises, Inc., and Raitz Investment Group LLC, Defendants; In the 459th Judicial District Court of Travis County, Texas

Dear Mr. Coffee:

This letter represents a Rule 11 Agreement between Plaintiff, State of Texas ("Plaintiff" herein) and Defendants, U.S. SAND & GRAVEL, LLC, RAITZ ENTERPRISES, INC., and RAITZ INVESTMENT GROUP LLC (collectively "Defendants" herein) in the above-referenced cause.

By this agreement the parties confirm:

The Defendants will submit the three completed applications for safety certificates and $500 payment for each quarry facility at issue in this cause by the close of business Thursday, May 22, 2025 at 5:00pm.

Upon review of the submitted complete and signed applications and payment of accompanying fees, TxDOT will schedule inspections within approximately two weeks.

Upon completion of the inspection, TxDOT will determine for each of the three facilities operated by Defendants whether: (1) a safety certificate may issue; (2) a safety certificate may issue upon completion of any changes needed to meet all necessary requirements for issuance of a safety certificate; or (3) whether a safety certificate may not issue for a facility.

Plaintiff will temporarily suspend taking enforcement action on the Judgment in this cause while the above steps are being completed.

SIGNATURES ON FOLLOWING PAGE

**Page 1 of 2**

**AGREED:**


/s/ *Brent M. Coffee*
_____

Brent M. Coffee
Attorney for Plaintiff

_____
Kasey Rachel
Attorney for Defendants